58 A.3d 750

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Richard D. HACKETT, Respondent.**

**No. 160 EM 2012.**

Supreme Court of Pennsylvania.

Dec. 21, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2012, the Application for Leave to File Original Process and the "Petition for Writ of Mandamus," treated as an Application for Relief per Pa.R.A.P. 123, are **GRANTED.** The appeal is hereby transferred to this Court, and is to be docketed on the capital docket.